# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No.  6:97-cr-103-Orl-18DAB

**FITZROY GEORGE GUTZMORE**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Doc. No. 229)**
>
> **FILED:**　April 16, 2013
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

This application is not made in good faith.

**RECOMMENDED** in Orlando, Florida on this 16th day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　　　*David A. Baker*
　　　　　　　　　　　　　　　　　　　　　　DAVID A. BAKER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Fitzroy George Gutzmore